JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 672 -- In re Hijacking of Trans World Airways Aircraft on June 14, 1985

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/10/31 | 1 | MOTION/BRIEF TO TRANSFER OF ACTIONS (A-1 thur A-6) -- Trans World Airlines, Inc. -- Notified involved counsel -- SUGGESTED TRANSFEREE DISTRICT: D. Massachusetts -- SUGGESTED TRANSFEREE JUDGE: ? |
| 85/11/12 | | APPEARANCES: ROBERT G. BELLWOAR, ESQ. for Genevieve Doris; MARC S. MOLLER, ESQ. for Richard Herzberg, et al.; JOHN J. KENNELLY, ESQ. for Peter W. Hill; HILARY T. SCANTLEBURY, ESQ. for Cove Travel, Inc. and MICHAEL C. ZWAL, ESQ. for Francis Walsh, et al. (rh) |
| 85/11/13 | 2 | RESPONSE -- (to Pldg. #1) Richard Herzberg, et al. -- w/cert. of svc. (rh) |
| 85/11/15 | | APPEARANCE: H. GLEN ALBERICH, ESQ. for Stuart Darsch, et al. (rh) |
| 85/11/18 | 3 | RESPONSE -- (to pldg. #1) Francis Walsh, et al. -- w/cert. of svc. (rh) |
| 85/11/18 | 4 | RESPONSE -- (to pldg. #1) Genevieve Doris, et al. -- w/cert. of svc. (rh) |
| 85/11/18 | 5 | RESPONSE -- (to pldg. #1) William J. Darras, et al. -- w/cert. of svc. (rh) |
| 85/11/18 | | APPEARANCES: KENNETH C. MILLER, ESQ. for William J. Darras and JOHN N. ROMANS, ESQ. for Trans World Airlines, Inc. (rh) |
| 85/11/19 | 6 | RESPONSE -- (to pldg. #1) Stuart Darsch -- w/cert. of svc. (rh) |
| 85/11/22 | 7 | RESPONSE -- (to pldg. #1) pltf. Peter W. Hill -- w/cert. of svc. (rh) |
| 85/11/27 | 8 | NOTICE OF RELATED ACTION -- Martha Doris v. Trans World Airlines, E.D. Pennsylvania, C.A. No. 85-6444 -- filed by Trans World Airlines, w/svc. (paa) |
| 85/12/11 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing on January 23, 1986 in Miami, Florida (rh) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION          p.2

DOCKET NO. 672 -- In re Hijacking of Trans World Airways Aircraft on 6/14/85

| Date | Ref. | Pleading Description |
|---|---|---|
| 86/01/23 | | HEARING APPEARANCES FOR ORAL ARGUMENT ON 1/23/86 MIAMI, FLORIDA -- John N. Romans for Trans World Airlines, Inc.; H. Glenn Alberich for Victor Amburgy, Robert Brown, Stuart Darsh and Jack McCarty; Mark S. Moller, for Richard P. Herzberg, et al.; Michael C. Zwal for Francis Walsh, et al.; Robert G. Bellwoar for Genevieve Doris, et al.; John J. Kennelly for Peter Hill. (rew) |
| 86/01/23 | | WAIVERS OF ORAL ARGUMENT FOR 1/23/86 HEARING MIAMI, FLORIDA -- Cove Travel, Inc. William J. Darras, et al. (rew) |
| 86/02/24 | | CONSENT OF TRANSFEREE DISTRICT -- for transfer of actions to District of Massachusetts before Judge Mazzone. (paa) |
| 86/02/24 | | TRANSFER ORDER -- transferring A-1, A-2, A-3, A-4, A-5 and A-7 to the District of Massachusetts before Honorable A. David Mazzone, for pretrial proceedings -- NOTIFIED INVOLVED JUDGES, CLERKS, COUNSEL AND MISC. RECIPIENTS. (paa) |
| 86/05/01 | | CONDITIONAL TRANSFER ORDER FILED TODAY B-8 -- Richard L. Stethem, et al. v. Trans World Airlines, Inc. S.D. New York, C.A. No. 86-CIV-2854 -- Notified involved counsel and judges, (tmq) |
| 86/05/19 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-8 -- Stethem, et al. v. Trans World Airlines, Inc., S.D. New York, C.A. No. 86-CIV-2854 -- Notified involved judges and clerks (cds) |
| 86/07/17 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-10 Claude E. Whitmoyer v. Trans World Airlines, Inc., D. District of Columbia, C.A. No. 86-1637 |
| 86/08/04 | | CONDITIONAL TRANSFER ORDER FINAL TODAY B-10 -- Claude E. Whitmoyer v. Trans World Airlines, Inc., D. District of Columbia, C.A. No. 86-1637 -- Notified involved judge and clerks. (tmq) |
| 86/09/03 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- (B-11) Arthur Toga, et al. v. Trans World Airlines, Inc., E.D. Mo., C.A. No. 86-1406-C-A -- NOTIFIED INVOLVES JUDGES AND COUNSEL (cds) |
| 86/09/19 | | CONDITIONAL TRANSFER ORDER FINAL TODAY B-11 -- Arthur W. Toga, et al v. Trans World Airlines, Inc., E.D. Missiouri, C.A. No. 86-1406-C-A -- Notified involved judges and clerks. (tmq) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 672 -- In re Hijacking of Trans World Airways Aircraft on June 14, 1985

| Date | Ref. | Pleading Description |
|---|---|---|
| 87/04/24 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-12 John Mazurowaski, et al. v. Trans World Airlines, Inc., W.D. New York, C.A. No. CIV-87-0266C -- Notified involved judges and clerks. (tmq) |
| 87/05/12 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-12 John Mazurowski, et al. v. Trans World Airlines, Inc., W.D. New York, C.A. No. CIV-87-0266C -- NOTIFIED INVOLVED CLERKS & JUDGES (paa) |

JPML Form 1

Revised: 8/78

DOCKET NO. 672 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE HIJACKING OF TRANS WORLD AIRWAYS AIRCRAFT ON JUNE 14, 1985

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 1/23/86 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 2/24/86 | TO: | uunpublished | D. Mass. *101* | A. David Mazzone | |

Special Transferee Information

*Debra Perates*
*223-9178*

DATE CLOSED: 9/30/91

Helen M. Costello
Deputy Clerk
223-9175

JPML FORM 1 — LISTING OF INVOLVED ACTIONS — Judge: A. David Mazzone

DOCKET NO. 672 -- In re Hijacking of Trans World Airways Aircraft on June 14, 1985

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | William J. Darras, et al. v. Trans World Airlines, Inc., et al. | Ill., N. Shadur | 85-C-8267 | 2/24/86 | 86-1164 | 9/30/91 | |
| A-2 | Peter W. Hill v. Trans World Airlines, Inc. | Ill., N. Plunkett | 85-C-8798 | 2/24/86 | 86-1165 | 7/10/87 | |
| A-3 | Richard P. Herzberg, et al. v. Trans World Airlines, Inc. | N.Y., S. Leisure | 85-Civ-6653 | 2/24/86 | 86-1162 | 5/31/91 | |
| A-4 | Francis Walsh, et al. v. Trans World Airlines, Inc. | N.Y., S. Motley | 85-Civ-7409 | 2/24/86 | 86-1163 | 9/30/91 | |
| A-5 | Genevieve Doris v. Trans World Airlines, Inc. | Pa., E. O'Neill | 85-5118 | 2/24/86 | 86-0828 | 9/30/91 | |
| A-6 | Stuart Darsch, et al. v. Trans World Airlines, Inc. | D. Mass. Mazzone | 85-3234 | NTN | | 11/21/90 | |
| A-7 | Martha Doris v. Trans World Airlines, Inc. | Pa., E. O'Neill | 85-6444 | 2/24/86 | 86-0827 | 9/30/91 | |
| B-8 | Richard L. Stethem, et al. v. Trans World Airlines, Inc. 5/1/86 | N.Y.,S. Sand | 86-CIV-2854 | 5/19/86 | 86-1800 | 9/30/91 | |
| XYZ-9 | Minas Thanos, et al. v. Trans World Airlines, Inc. | D. Mass. | 86-1384-MA | | | 5/24/89 | |
| B-10 | Claude E. Whitmoyer v. Trans World Airlines, Inc. 7/17/86 | D. D.C. Flannery | 86-1637 | 7/4/86 | 86-2688 | 9/30/91 | ✓ |

July 1986 - 7 TR / 1-XYZ / 8 Pdg

DOCKET NO. 672 -- In re Hijacking of Trans World Airways Aircraft on June 14, 1985

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-11 | Arthur W. Toga, et al. v. Trans World Airlines, Inc.   9/3/86 | E.D.Mo. Harper | 86-1406-C-A | 9/19/86 | 86-3402-MA | 9/30/91 | — |
| B-12 | John Mazurowski, et al. v. Trans World Airlines, Inc.   4/24/87 | W.D.N.Y. Curtin | CIV-87-02266C | 5/12/87 | 87-1585 MA | 1/9/91 | |
| XYZ-13 | Ralf Traugott v. Trans World Airlines | D. Mass | 86-1548-MA | | | 9/30/91 | |

July 1987 - 3 TR / 2 XYZ / 13 Pending
July 1988 - Same
July 1989 - Same
July 1990 - Same
July 1991 - Same
July 1992 - Same
September 1993 - 13 dis./lit. closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 672 -- In re Hijacking of Trans World Airways Aircraft on June 14, 1985

---

WILLIAM J. DARRAS, ET AL. (A-1)
Kenneth C. Miller, Esq.
Corboy & Demetrio
33 North Dearborn Street, Ste. 630
Chicago, Illinois  60602

PETER W. HILL (A-2) (No App. rec'd)
John J. Kennelly & Associates
111 West Washington Street
Chicago, Illinois  60602

RICHARD HERZBERG, ET AL. (A-3)
Marc S. Moller, Esq.
Kreindler & Kreindler
100 Park Avenue
New York, New York  10017

FRANCIS WALSH, ET AL. (A-4)
Michael C. Zwal, Esq.
Aaron J. Broders, Esq.
350 Fifth Avenue
New York, New York  10118

MARTHA DORIS (A-7)
GENEVIEVE DORIS (A-5)
Robert G. Bellwoar, Esq.
Schubert, Bellwoar, Mallon
  & Walheim
1330 Two Penn Center Plaza
Philadelphia, PA  19102-1890

STUART DARSCH, ET AL. (A-6)
H. Glenn Alberich, Esq.
Mahoney, Hawkes & Goldings
One Walnut Street
Boston, Massachusetts  02108

COVE TRAVEL, INC.
Hilary T. Scantlebury, Esq.
Scantlebury & Marcanti
Civic Opera House
20 North Wacker Drive
Suite 3710
Chicago, Illinois  60606

TRANS WORLD AIRLINES, INC.
John Romans, Esq.
Curtis, Mallet-Prevost,
  Colt & Mose
101 Park Avenue
New York, New York  10178-0061

RICHARD L. STETHEM, ET AL (A-8)
SUMMIT ROBINS & FELDESMAN
445 Park Avenue
New York, New York  10022

David J. Hensler, Esquire
HOGAN & HARTSON
815 Connecticut Avenue, N.W.
Washington, D.C.  20006

MINAS THANOS, ET AL.
Steven A. Sussman, Esq.
One Longfellow Place - 3409
Boston, MA  02114

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. 672 -- In re Hijacking of Trans World Airways Aircraft on June 14, 1985

CLAUDE E. WHITMOYER (B-10)
Andrew J. Kline, Esquire
Kivitz & Liptz
Suite 600
5225 Wisconsin Avenue, N.W.
Washington, D.C. 20015

ARTHUR W. TOGA, ET AL. (B-11)
Irl B. Baris, Esq.
611 Olive Street
Suite 2020
St. Louis, Missouri 63101

H. Glenn Alberich, Esq.
(Same As A-6)

JOHN MAZUROWSKI, ET AL. (B-12)
Brian P. Crosby, Esq.  *relieved of counsel*
Damon & Morey
1600 Main Place Tower
Buffalo, New York 14202

JOHN MAZUROWSKI, ET AL. (B-12)
Benjamin J. Andrews
Saperstan & Day
Gold Dome Center
One Fountain Plaza
Buffalo, New York 14203-1486

JPML FORM 3

p. __1__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __672__ -- __In re Hijacking of Trans World Airways Aircraft on June 14, 1985__

| Name of Party | Named as Party in Following Actions |
|---|---|
| Trans World Airlines, Inc. | A-1 thru A-6; A-8; B-10; B-11, B-12 |
| Cove Travel, Inc. | A-2 |